UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS HOEY, JR.,

                Plaintiff,

-against-

COUNTY OF NEW YORK, *et al.*,

                Defendants.

19-CV-4470 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

    By order dated June 19, 2019, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 29, 2019
           New York, New York

                                                COLLEEN McMAHON
                                           Chief United States District Judge