UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS HOEY, JR.,

                Plaintiff,

    -against-

COUNTY OF NEW YORK, *et al.*,

                Defendants.

19-CV-4470 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued July 29, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 29, 2019
         New York, New York

                                                   COLLEEN McMAHON
                                                   Chief United States District Judge