**OFODILE & ASSOCIATES, P.C.**
Attorneys-At-Law
498 Atlantic Avenue
Brooklyn, New York 11217
Phone-718-852-8300 Fax. 718-852-7361

August 3, 2018

Hon. Vernon Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    Rasheem Smith v. The City of New York, Et Al
             18-cv-5079 (VSB) OTW

Dear Judge Broderick:

    I represent the Plaintiff Rasheen Smith in the above referenced case. I write in response to the City's motion to compel the Plaintiff to provide the 160.50 Release and also to provide HIPPA authorizations in this case.

    Counsel has sent a messenger to hand-deliver to the City of New York, the original executed copies of the 160.50 Release and the HIPPA authorizations the City requested.

    Plaintiff's phone was broken and I could not reach him by phone. Although I had emailed him the papers, he was out of State (in Delaware) and did not check his email for sometime. He returned to New York yesterday and came to the Office late in the evening yesterday with an executed 160.50 Release and also signed the relevant HIPPA authorizations.

    These authorizations were not provided earlier because my Client was out of town and had not been checking his emails and his phone was out of service and I could not reach him by phone.

    Plaintiff has now executed the necessary authorizations and believe that the motion is moot.

             Respectfully Submitted:

             OFODILE & ASSOCIATES
             Attorneys for Rasheen Smith

             By       s/b Anthony Ofodile
             Anthony C. Ofodile, Esq.

cc. Dara Weiss, Esq. (By ECFl)
     Assistant Corp. Counsel
     New York City Law Dept.
     100 Church Street
     New York, New York 10007